■ AUBURN CONTAINER COMPANY, INC., Appellant, v SOLVAY PAPERBOARD, L.P., Respondent. [715 NYS2d 265] —Judgment unanimously affirmed with costs. Memorandum: Supreme Court properly granted defendant's motion for summary judgment dismissing the complaint. The terms of the unambiguous contract between the parties must be afforded their fair and reasonable meanings (*see, Abiele Contr. v New York City School Constr. Auth.*, 91 NY2d 1, 9-10), and thus we agree with the court that tertiary fiber was not waste. Because the contract provided for plaintiff to transport waste from defendant's manufacturing facility to a specified landfill, defendant did not breach the exclusivity provision of the contract by contracting with a third party to transport tertiary fiber. (Appeal from Judgment of Supreme Court, Cayuga County, Contiguglia, J.—

Summary Judgment.) Present—Pine, J. P., Wisner, Balio and Lawton, JJ.